IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMANDO P. RODRIGUEZ,

    Petitioner,

v.

JUDY SMITH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-355-bbc

---

    This action came for consideration before the court with District Judge Barbara Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that Armando Rodriguez's petition for a writ of habeas corpus under 28 U.S.C. §2254 is denied for petitioner's failure to show that he is in custody in violation of federal law.

_____     9/8/10
Peter Oppeneer, Clerk of Court               Date